## COURT OF APPEALS, APRIL 14, 1848.

JOHN FRAZER et al., Appellants, vs. HENRY M. WESTERN et al., Respondents.

Where the judgment of this court and a remittitur has been made and sent to the court below, and there *filed*, this court has no further jurisdiction of the cause.

An application in such a case for an amendment of the judgment or order of this court, (directing costs, &c.,) should be made to the court below.

The judgment of this court was entered in this cause at the last January term; affirming the decree of the chancellor, and that the respondents recover against the appellants their costs in this court, to be taxed, and also interest on the amount of the decree, &c. The remittitur was sent to and *filed* in the Supreme Court in January last.

Mr. JOSEPH BLUNT, for the infant respondents, moved that the court direct or declare that the infant respondents recover their costs against the appellants, and that the judgment of this court be so amended as to specify particularly that such costs be recovered, alleging that the record in the Supreme Court had been so made up, that the infant respondents could not recover their costs.

The Court, JEWETT, Chief Judge—Decided that the remittitur having gone to the court below, and having been *filed* there, this court had no jurisdiction of the cause. The relief sought must be addressed to the Supreme Court.